# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RENEE R. MARTINEZ,

        Plaintiff,

v.                                                                                                No. CV 18-805 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
Social Security Administration,

        Defendant.

## ORDER GRANTING APPLICATION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

**THIS MATTER** is before the Court upon Plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), filed August 22, 2018. The Court, having considered the Motion, finds that it is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

                                                        _____
                                                        THE HONORABLE CARMEN E. GARZA
                                                       CHIEF UNITED STATES CHIEF MAGISTRATE JUDGE