IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE R. MARTINEZ,

    Plaintiff,

v.          No. CV 18-805 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion for Extension of Time*, (Doc. 15), filed December 28, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reserve or Remand Administrative Agency Decision on or before **February 4, 2019**;

2. Defendant shall file a Response on or before **April 5, 2019**; and

3. Plaintiff may file a Reply on or before **April 19, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE