IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE R. MARTINEZ,

       Plaintiff,

v.                                                                       No. CV 18-805 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

       Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion to Exceed Page Limits*, (Doc. 17), filed January 29, 2019. Plaintiff asks for leave to file a Motion to Reverse or Remand Administrative Agency Decision that is no more than 32 pages long. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

       **IT IS THEREFORE ORDERED** that *Plaintiff's Unopposed Motion to Exceed Page Limits*, (Doc. 17), is **GRANTED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE